UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DRUSILLA ANN LOCKHART,

        Plaintiff,

v.

        Case No. 16-12303

        HONORABLE AVERN COHN

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 14)**
**AND**
**GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Doc. 13)**
**AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Doc. 12)**
**AND DISMISSING CASE**

I.

This is a social security case. Plaintiff appeals from the final determination of the Commissioner of Social Security (Commissioner) that she is not disabled and therefore not entitled to disability insurance benefits. The matter was referred to a magistrate judge for pretrial proceedings. Plaintiff and the Commissioner filed cross motions for summary judgment. (Docs. 12, 13). The magistrate judge issued a report and recommendation (MJRR) recommending that the Commissioner's motion be granted, that plaintiff's motion be denied, and the case dismissed. (Doc. 14).

II.

Neither party has filed objections to the MJRR and the time for filing objections has passed. The failure to file objections to the report and recommendation waives any

further right to appeal.  Smith v. Detroit Federation of Teachers Local 231, 829 F.2d 1370, 1373 (6th Cir.1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the motions.  Thomas v. Arn, 474 U.S. 140, 149 (1985).  That said, the Court has reviewed the MJRR and agrees with the magistrate judge's findings and conclusions.

Accordingly, the findings and conclusions of the magistrate judge are ADOPTED as the findings and conclusions of the Court.  The Commissioner's motion for summary judgment is GRANTED.  Plaintiff's motion for summary judgment is DENIED.  This case is DISMISSED.

SO ORDERED.

                                                    S/Avern Cohn
                                                   AVERN COHN
Dated: September 19, 2017      UNITED STATES DISTRICT JUDGE
       Detroit, Michigan